United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| LAURA HECKMAN, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV- |
| | § | 00375 |
| TRANSCANADA USA SERVICES, | § | |
| INC., ET AL. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On September 10, 2019, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 65. On March 10, 2021, Judge Edison filed a memorandum and recommendation (Dkt. 110) recommending that the defendants' motion to dismiss (Dkt. 87) be denied.

On March 23, 2021, the defendants filed their objections to the memorandum and recommendation. *See* Dkt. 111. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's

memorandum and recommendation and adopts it as the opinion of the court. It is

therefore ordered that:

(1)    Judge Edison's memorandum and recommendation (Dkt. 110) is approved
and adopted in its entirety as the holding of the court; and

(2)    The defendants' motion to dismiss (Dkt. 87) is denied.

Signed on Galveston Island this the 29th of March, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE